UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re:** | Johnny D. Adkins | Case No.  12-18377 |
| | Karen A. Adkins | Chapter  13 |
| | 18135 Marcela Road | |
| | Cleveland, OH 441196 | Judge     Jessica E. Price Smith |

SSN(H): xxx-xx-1993
SSN(W): xxx-xx-4069

Debtors

# MOTION TO MODIFY UNCONFIRMED PLAN

Debtors move that attached Modified Plan be confirmed by the Court.

**Modified Plan**

/s/Richard C. Foote
Richard C. Foote (#0000012)
Attorney for Debtors
Johnny D. Adkins
Karen A. Adkins
Ohio Savings Bank
20133 Farnsleigh Road
Shaker Heights, OH  44122
(216) 991-6200
(216) 991-6199 FAX
E-mail: footelaw@prodigy.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 Case No: 12-18377 |
|    Johnny D. Adkins | ) | |
|    Karen A. Adkins | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | ☐ Original Chapter 13 Plan |
|    Debtors | ) | ☒ Modified Chapter 13 Plan, dated  12/27/12 |

*******************************************************************************

**NOTICE:  (Check One)**

☐ This plan DOES NOT include any provision deviating from the uniform plan in effect at the time of the filing of this case.

☒ This plan DOES contain special provisions that must be and are set forth in paragraph 11 below.

**YOUR RIGHTS WILL BE AFFECTED**.  You should read this plan carefully and discuss it with your attorney. Anyone who wishes to oppose any provision of this plan must file with the court a timely written objection.  This plan may be confirmed and become binding without further notice or hearing unless a timely written objection is filed. **Creditors must file a proof of claim with the court in order to receive distributions under this plan.**

_____

**1.  PAYMENTS**
**A.** Within 30 days of the filing of this bankruptcy case, the Debtor or Debtors ("Debtor") shall commence making payments to the Chapter 13 Trustee (the "Trustee") in the amount of $ **1,417.00**  per month  (the "Plan Payment"), to be paid $ **654.00/bi-weekly**.

**B.** The Plan Payment shall include sufficient funds to cover conduit payments and pre-confirmation adequate protection payments paid by the Trustee.  Trustee may increase the Plan Payment during the term of the plan as necessary to reflect increases, if any, in any Conduit Payments paid by the Trustee.

**2.  DISTRIBUTIONS**
**A.** After confirmation of this plan, funds available for distribution will be paid monthly by the Trustee in the following order: (i) Trustee's authorized percentage fee and/or administrative expenses; (ii) attorney fees as allowed under applicable rules and guidelines; (iii) conduit payments as provided for in paragraph 3(C); (iv) monthly payments as provided for in paragraphs 3(A), 3(B), 4(A), 4(B) and 9; (v) priority domestic support obligation claims pursuant to 11 U.S.C. §507(a)(1); (vi) other priority unsecured claims pursuant to 11 U.S.C. §507(a); and (vii) general unsecured claims.

**B.** If the Trustee has received insufficient funds from the Debtor to make the conduit payment, the Trustee may accumulate funds until sufficient funds are available for distribution of a full monthly payment.  If the Trustee has received insufficient funds from the Debtor to make the fixed monthly payment to secured creditors in subsection A (iv) of this paragraph, the Trustee may pay these secured creditor claims on a pro-rata basis.

**C.** Unless a claim objection is sustained, a motion to value collateral or to avoid a lien is granted, or the court otherwise orders, distributions on account of claims in paragraphs 3(A), 3(C), 4(A), 5, 6, 7 and 9 will be based upon the classification and amount stated in each claim holder's proof of claim rather than any classification or amount stated in this plan.

### 3. CLAIMS SECURED BY REAL PROPERTY
**A. Mortgage Arrearages and Real Estate Tax Arrearages**
Trustee shall pay the monthly payment amount to allowed claims for mortgage arrearages and real estate tax arrearages. Note: If the Trustee will not be making the continuing mortgage payments, the Debtor is responsible for paying all post-petition mortgage payments that ordinarily come due beginning with the first payment due after the filing of the case.

| Creditor | Property Address | Estimated Arrearage Claim | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|---|
| Wells Fargo/OCWEN | 18135 Marcela Road Cleveland, OH 44119 | $ 19,000 | $ 350 |
| Cuyahoga Cty. Treasurer/ Fiscal Office | 18135 Marcela Road Cleveland, OH 44119 | $ 1,704.24 | $ 125 |

**B. Other Real Estate Claims**
Trustee shall pay the monthly payment amount to creditors up to the amount specified below to be paid through the plan. The portion of any allowed claim that exceeds the amount to be paid through the plan shall be treated as an unsecured claim.

| Creditor | Property Address | Amount to be Paid Through the Plan | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| None | | | | |

**C. Conduit Payments**
Trustee shall pay the regular monthly mortgage payments beginning with the first payment due after the filing of the case, subject to changes due to escrow, interest and other adjustments. Note: If the Trustee is making the continuing monthly mortgage payments, the mortgage creditor must also be listed in paragraph 3(A) above. Unless real estate taxes and insurance are included in the mortgage payments to be paid by the Trustee pursuant to the Plan, the Debtor shall remain responsible for paying those obligations as they become due.

| Creditor | Property Address | Monthly Payment (Paid by Trustee) | For each mortgage listed, indicate with a "yes" or "no" if the mortgage payment includes: | |
|---|---|---|---|---|
| | | | Property Insurance | Real Estate Taxes |
| Wells Fargo/OCWEN | 18135 Marcela Road Cleveland, OH 44119 | $ 865 | "yes" | "no" |

### 4. CLAIMS SECURED BY PERSONAL PROPERTY
**A. Secured Claims to be Paid in Full Through the Plan:**
Trustee shall pay the following claims in full and in equal monthly payments.

| Creditor | Collateral Description | Estimated Claim Amount | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| None | | | | |

Page 2 of 5

12-18377-jps    Doc 18    FILED 12/27/12    ENTERED 12/27/12 18:08:53    Page 3 of 9

**B. Secured Claims NOT to be Paid in Full Through the Plan:**
Claims specified below are debts secured by personal property not provided for in paragraph 4(A) above. Trustee shall pay the allowed claims the secured amount with interest and in equal monthly payments as specified below. The portion of any allowed claim that exceeds the secured amount will be treated as an unsecured claim. Upon confirmation, the secured amount and interest rate specified below, or as modified, will be binding under 11 U.S.C. §1327 unless a timely written objection to confirmation is filed and sustained by the court.

| Creditor | Collateral Description | Secured Amount | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|

None

**C. Pre-confirmation Adequate Protection Payments:**
Trustee shall pay the monthly payment amount to creditors for pre-confirmation adequate protection as specified below.

| Creditor | Collateral Description | Monthly Payment (Paid by Trustee) |
|---|---|---|

None

**5. DOMESTIC SUPPORT OBLIGATIONS**
Debtor ☐ does [x] does not have domestic support obligations under 11 U.S.C. §101(14A).

**A.** Trustee shall pay under 11 U.S.C. §507(a)(1) on a pro-rata basis the allowed arrearage claims for domestic support obligations. Debtor shall pay all post-petition domestic support obligations as those payments ordinarily come due.

| Creditor Name | Creditor Address | Estimated Arrearage Claim |
|---|---|---|

**B.** Specify the holder(s) of any claims for domestic support obligations under 11 U.S.C. §1302(d) if different than the creditor(s) shown in paragraph 5(A) above. If the holder of a claim is a minor, the name and address of the minor holder shall be disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. §112.

| Holder Name | Address & Telephone |
|---|---|

**6. OTHER PRIORITY CLAIMS**
Trustee shall pay under 11 U.S.C. §507(a) on a pro-rata basis other allowed unsecured priority claims.

| Creditor | Estimated Claim Amount |
|---|---|
| Central Collection Agency | $500 |

Page 3 of 5

### 7. GENERAL UNSECURED CLAIMS

Debtor estimates the total of the non-priority unsecured debt to be $ 8,845.00   . Trustee will pay to creditors with allowed non-priority unsecured claims a pro-rata share of $  2,211.25      or  25  %, whichever is greater.

### 8. PROPERTY TO BE SURRENDERED

Debtor surrenders the following property no later than 30 days from the filing of the case unless specified otherwise in the plan. The creditor may file a claim for the deficiency and will be treated as a non-priority unsecured creditor. Any unsecured deficiency claim must be filed by the bar date for claims or allowed by separate order of the court.

| Creditor | Property Description |
|---|---|

None

### 9. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

All executory contracts and unexpired leases are rejected except the following, which are assumed. Trustee shall pay the monthly payment amount to allowed claims for executory contract arrearages and unexpired lease arrearages. Debtor shall pay all post-petition payments that ordinarily come due beginning with the first payment due after the filing of the case.

| Creditor | Property Description | Estimated Arrearage Claim | Monthly Payment (Paid by Trustee) |
|---|---|---|---|

None

### 10. OTHER PLAN PROVISIONS

(a) Property of the estate shall revest in the Debtor [x] upon confirmation. [ ] upon discharge, dismissal or completion. If the Debtor has not marked one of the boxes, property of the estate shall revest in the Debtor upon confirmation. If the Debtor has elected to have property of the estate revest in the Debtor upon discharge or dismissal, the Debtor must maintain adequate insurance of all property in the estate. Unless otherwise ordered, the Debtor shall remain in possession of all property of the estate during the pendency of this case.

(b) The treatment of the claims of creditors as set forth in this plan shall become absolute upon confirmation, under 11 U.S.C. §1327. Therefore, if a creditor or contract party named herein objects to this plan, including the valuation of security, interest to be paid, and the treatment of executory contracts and unexpired leases, a formal objection to confirmation must be timely filed with the court.

(c) This plan incorporates 11 U.S.C. §1325(a)(5)(B)(i) with respect to each allowed secured claim provided for by this plan.

(d) Notwithstanding the automatic stay, creditors and lessors provided for in paragraphs 3(A), 3(C), and 9 of this plan may continue to mail customary notices or coupons to the Debtor.

**11. SPECIAL PROVISIONS**
This plan shall include the provisions set forth in the boxed area below.  **Note: The provisions set forth below will not be effective unless there is a check in the second *notice box* preceding paragraph 1.**  Further, these provisions should not contain a restatement of the Bankruptcy Code, Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules or case law.

> **The minimum duration of this Plan will be equal to the applicable commitment period, which is 36 months.**

/s/Johnny D. Adkins  
DEBTOR  Johnny D. Adkins

/s/Karen A. Adkins  
CO-DEBTOR Karen A. Adkins

Date:     12/27/12

/s/Richard C. Foote  
Richard C. Foote (#0000012)  
Attorney for Debtors  
Ohio Savings Building  
20133 Farnsleigh Road  
Shaker Heights, OH  44122  
(216) 991-6200  
(216) 991-6199 FAX  
Email:  footelaw@prodigy.net

Page 5 of 5

Effective: August 10, 2009

12-18377-jps    Doc 18    FILED 12/27/12    ENTERED 12/27/12 18:08:53    Page 6 of 9

**CERTIFICATE OF SERVICE**

I certify that on December 27, 2012 a true and correct copy of this Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Daniel M McDermott United States Trustee Region 9 at (Registered address) @usdoj.gov

Craig H Shopneck Trustee at ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

Richard C Foote Attorney for Debtors at footemail@prodigy.net

And by regular US mail, on:

Johnny D. Adkins
Karen A. Adkins
18135 Marcela Road
Cleveland, OH 44119

| | |
|---|---|
| AFNI<br>for AT&T Mobility<br>P.O. Box 3097<br>Bloomington IL 61702 | City of Cleveland - Water/NEORSD<br>Attn: Bankruptcy Dept./Collections<br>1201 Lakeside Avenue<br>Cleveland OH 44114-1132 |
| AmeriPath, Inc.<br>Attn: Patient Collections<br>7730 First Place, STE A<br>Oakwood Village OH 44146 | Cleveland Clinic - Euclid Hospital<br>Attn: Patient Accounts/Collections<br>9500 Euclid Avenue, RK2-4<br>Cleveland OH 44195 |
| Anesthesia Assoc. PLL MNTR<br>Attn: Patient Collections<br>P.O. Box 77033<br>Cleveland OH 44194-7033 | Cleveland Clinic Foundation<br>Attn: Patient Accounts/Collections<br>9500 Euclid Avenue, DD5<br>Cleveland OH 44195 |
| AT&T<br>Attn: Bankruptcy Dept.<br>P.O. Box 769<br>Arlington TX 76004 | Clinic Medical Services<br>Attn: Patient Collections<br>P.O. Box 92237<br>Cleveland OH 44193 |
| AT&T Mobility<br>Attn: Bankruptcy Dept.<br>5020 Ash Grove Road<br>Springfield IL 62711-6329 | John D. Clunk Law Offices<br>No. 12-00487<br>4500 Courthouse Blvd., STE 400<br>Stow OH 44224-6839 |
| AT&T Mobility/Cingular<br>Attn: Bankruptcy Dept.<br>1801 Valley View Lane<br>Dallas TX 75234-8906 | Cornwell Quality Tools<br>Attn: Tech-Credit<br>667 Seville Road<br>Wadsworth OH 44281 |
| Bay Area Credit Service<br>for AT&T<br>1901 West 10th Street<br>Antioch CA 94509 | Credit Acceptance Corp.<br>for AmeriPath, Inc.<br>P.O. Box 587<br>Needham Heights MA 02494 |
| Central Collection Agency<br>Attn: Bankruptcy Department<br>205 St. Clair Avenue, W, #200<br>Cleveland OH 44113 | Credit Collection Services<br>for AT&T<br>Two Wells Avenue, Dept. 9133<br>Newton MA 02459 |

Credit One Bank
Attn: Bankruptcy Dept.
P.O. Box 98873
Las Vegas NV 89193

Cuyahoga County Fiscal Office
Attn: Bankruptcy Department
Cuyahoga County Administration Bldg
1219 Ontario Street
Cleveland OH 44113

Dish Network/Echostar Comm.
Attn: Bankruptcy Department
5701 S. Santa Fe Drive
Littleton CO 80120

Eastside Imaging Center
Attn: Patient Collections
25001 Emery Road, #100
Cleveland OH 44128-5627

Emergency Professional Svcs., Inc,
Attn: Patient Collections
2620 Ridgewood Road, STE 300
Akron OH 44313

First Credit Incorporated
for Cleveland Clinic Hospital
P.O. Box 13283
Akron OH 44334-8683

First Credit, Incorporated
for Lake Health System
P.O. Box 630838
Cincinnati OH 45263-0838

First Credit, Incorporated
for Euclid Hosp./Cleveland Clinic
P.O. Box 630838
Cincinnati OH 45263-0838

First Federal Credit Control
for Medical
24700 Chagrin Blvd., STE 205
Beachwood OH 44122

Hillcrest Hospital - CCHS
Attn: Patient Collections
6801 Brecksville Road
STE 20/RK60
Independence OH 44131-5055

Innovative Health Services
Attn: Patient Collections
8252 Darrow Road, STE A
Twinsburg OH 44087

JP Recovery Services
for Clinic Medical Services
P.O. Box 16749
Rocky River OH 44116-0749

Richard J. Kaplow
for UH Medical Practices
614 Superior Ave., NW, #808
Cleveland OH 44113

Richard J. Kaplow
for UH Medical Group
614 Superior Ave. NW, #808
Cleveland OH 44113

Richard J. Kaplow
for Dr. Timothy Nice
614 Superior Ave. NW, #808
Cleveland OH 44113

Lake Health/Lake Hosp. System
Attn: Patient Collections
P.O. Box 8000
Painesville OH 44077-8000

Lake Orthopaedic Assoc.
Attn: Patient Collections
36060 Euclid Ave., STE 104
Willoughby OH 44094

LVNV Funding, LLC
for Credit One Bank
P.O. Box 10584
Greenville SC 29603

Mentor Surgery Center
Attn: Patient Collections
9485 Mentor Avenue, STE 1
Mentor OH 44060

Meridia Health System/Cleve. Clinic
Attn: Patient Collections
17325 Euclid Avenue, STE 4
Cleveland OH 44112

NCO Financial
for Target National Bank
507 Prudential Road
Horsham PA 19044

Dr. Timothy Nice, Inc.
Attn: Patient Collections
34600 Chardon Road, STE 9
Willoughby Hills OH 44094

Ocwen Loan Servicing
for Wells Fargo Bank
12001 Science Drive, STE 110
Orlando FL 32826-2913

OCWEN Loan Servicing
Attn: Bankruptcy Department
P.O. Box 785057
Orlando FL 32878-5057

Prompt Recovery
for Cornwell Tools
9347 Ravenna Road, STE G
P.O. Box 940
Twinsburg OH 44087-2463

Severance Radiology
Attn: Patient Collections
5 Severance Circle, #207
Cleveland Heights OH 44118

Target National Bank
Attn: Bankruptcy Dept.
3701 Wayzata Blvd., No. 2CF
Minneapolis MN 55416

Transworld Systems, Inc.
for Medical
2235 Mercury Way
Santa Rosa CA 95407

Transworld Systems, Inc.
for Medical
9525 Sweet Valley Drive, Bldg. A
Valley View OH 44125

UH Case Medical Center
Attn: Patient Collections
P.O. Box 94564
Cleveland OH 44101

UH Medical Practices
Attn: Patient Accounts/Collections
P.O. Box 901589
Cleveland OH 44190

UH Richmond Medical Center
Attn: Patient Collections
P.O. Box 74132
Cleveland OH 44191-4132

UHMP Euclid Internal Medicine
Attn: Patient Collections
24701 Euclid Avenue
Euclid OH 44117-1714

United Collection Bureau, Inc.
for Medical
5620 Southwyck Blvd., STE 206
Toledo OH 43614

University Hosp. Lab Serv. Fdn.
Attn: Patient Collections
P O Box 901967
Cleveland OH 44190

University Hosp. Medical Practices
Attn: Patient Collections
P.O. Box 70887
Cleveland OH 44190-0887

University Hospital - Ancillary Svc
Attn: Patient Collections
P.O. Box 94564
Cleveland OH 44101

University Hospitals Medical Group
Attn: Patient Collections
P.O. Box 74116
Cleveland OH 44194-4116

University Primary Care Practices
Attn: Patient Collections
24701 Euclid Avenue
Euclid OH 44117-1714

/s/Richard C. Foote
Richard C. Foote (#0000012)
Attorney for Debtors