# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period December 01, 2015 through November 30, 2016

Case No: 12-18377-jps

Filed: November 14, 2012

Debtor: JOHNNY ADKINS
18135 MARCELLA RD

CLEVELAND, OH  44119

Joint Debtor: KAREN ADKINS
18135 MARCELLA RD

CLEVELAND, OH  44119

Attorney: IRVING S BERGRIN
(216) 831-3424

Required Plan Payment:   $1,417.00 MONTHLY

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 68,016.00 |
| Disbursements: | | |
| Principal | 60,525.38 | |
| Interest | 0.00 | |
| Attorney Fee | 2,200.00 | |
| Trustee Fee | 3,043.62 | |
| | | 65,769.00 |
| Funds on Hand: | 2,247.00 | |
| | | 68,016.00 |



Page 1 of 4

1146     001100010002590203000

CASE NO: 12-18377-jps  
DEBTOR: JOHNNY D ADKINS     JOINT DEBTOR: KAREN A ADKINS

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| Dec 10, 2015 | 654.00 | Dec 21, 2015 | 654.00 | Jan 04, 2016 | 654.00 | Jan 19, 2016 | 654.00 | Feb 01, 2016 | 654.00 |
|---|---|---|---|---|---|---|---|---|---|
| Feb 16, 2016 | 654.00 | Mar 07, 2016 | 654.00 | Mar 15, 2016 | 654.00 | Mar 30, 2016 | 654.00 | Apr 12, 2016 | 654.00 |
| Apr 26, 2016 | 654.00 | May 10, 2016 | 654.00 | May 24, 2016 | 654.00 | Jun 09, 2016 | 654.00 | Jun 21, 2016 | 654.00 |
| Jul 06, 2016 | 654.00 | Jul 18, 2016 | 654.00 | Aug 08, 2016 | 654.00 | Aug 15, 2016 | 654.00 | Aug 29, 2016 | 654.00 |
| Sep 13, 2016 | 654.00 | Sep 27, 2016 | 654.00 | Oct 14, 2016 | 654.00 | Oct 27, 2016 | 654.00 | Nov 10, 2016 | 654.00 |
| Nov 21, 2016 | 654.00 | | | | | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | QUANTUM3 GROUP LLC | 7331 | Unsecured | 27.86 | .00 |
| 002 | QUANTUM3 GROUP LLC | 6731 | Unsecured | 51.84 | .00 |
| 003 | QUANTUM3 GROUP LLC | 6733 | Unsecured | 19.05 | .00 |
| 004 | QUANTUM3 GROUP LLC | 0858 | Unsecured | 58.16 | .00 |
| 005 | QUANTUM3 GROUP LLC | 0001 | Unsecured | 56.61 | .00 |
| 006 | QUANTUM3 GROUP LLC | 0001 | Unsecured | 22.89 | .00 |
| 007 | QUANTUM3 GROUP LLC | 0265 | Unsecured | 199.40 | .00 |
| 008 | QUANTUM3 GROUP LLC | 0002 | Unsecured | 12.57 | .00 |
| 009 | CUYAHOGA COUNTY TREASURERS OFFICE | ####7016 | Secured | .00 | .00 |
| 010 | US BANK NA | 3929 | Unsecured | 244.15 | .00 |
| 011 | QUANTUM3 GROUP LLC | 0003 | Unsecured | 76.13 | .00 |
| 012 | QUANTUM3 GROUP LLC | 0004 | Unsecured | 63.88 | .00 |
| 013 | QUANTUM3 GROUP LLC | 0037 | Unsecured | 190.77 | .00 |
| 014 | QUANTUM3 GROUP LLC | 0042 | Unsecured | 340.71 | .00 |
| 015 | RJM ACQUISITIONS LLC | 1590 | Unsecured | 65.75 | .00 |
| 016 | CITY OF CLEVELAND | ####0000 | Unsecured | 109.05 | .00 |
| 017 | LVNV FUNDING LLC | 4229 | Unsecured | 136.31 | .00 |
| 018 | EASTSIDE IMAGING CENTER | ####4529 | Unsecured | .00 | .00 |
| 019 | CENTRAL COLLECTION AGENCY | ####9773 | Priority | .00 | .00 |
| 019A | CENTRAL COLLECTION AGENCY | ####9773 | Unsecured | 85.72 | .00 |
| 020 | OCWEN LOAN SERVICES | ####OING | Secured | 8,650.00 | .00 |
| 020A | OCWEN LOAN SERVICES | ####RAGE | Secured | 3,500.00 | .00 |
| 0L1 | RICHARD C FOOTE | | Attorney Fees | .00 | .00 |
| 799 | IRVING S BERGRIN | | Attorney Fees | .00 | .00 |
| XXXNA | DANIEL C WOLTERS ESQ | | Unsecured | .00 | .00 |
| | LAKE ORTHOPAEDIC ASSOCIATION INC | 6111 | Unsecured | .00 | .00 |
| | FIRST CREDIT | | Unsecured | .00 | .00 |



CASE NO: 12-18377-jps  
DEBTOR: JOHNNY D ADKINS   JOINT DEBTOR: KAREN A ADKINS

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | MERIDIA HOSPITALS | | Unsecured | .00 | .00 |
| | DR NICE MD | 2112 | Unsecured | .00 | .00 |
| | RICHARD L KAPLOW | | Unsecured | .00 | .00 |
| | SEVERANCE RADIOLOGY SERVICES INC | 4SRS | Unsecured | .00 | .00 |
| | NCO FINANCIAL SYSTEMS INC | | Unsecured | .00 | .00 |
| | TRANSWORLD SYSTEMS INC | | Unsecured | .00 | .00 |
| | TRANS WORLD SYSTEMS | | Unsecured | .00 | .00 |
| | FIRST CREDIT | | Unsecured | .00 | .00 |
| | PROMPT RECOVERY SERVICES INC | | Unsecured | .00 | .00 |
| | LLNV FUNDING LLC | | Unsecured | .00 | .00 |
| | ECHOSTAR COMM CORP | | Unsecured | .00 | .00 |
| | EMERGENCY PROFESSIONAL SVS | 6076 | Unsecured | .00 | .00 |
| | FIRST FEDERAL CREDIT CONTROL | | Unsecured | .00 | .00 |
| | INNOVATIVE HEALTH SERVICES | | Unsecured | .00 | .00 |
| | LAKE HEALTH     LAKE HOSP SYS | 1415 | Unsecured | .00 | .00 |
| | CLEVELAND CLINIC | 4707 | Unsecured | .00 | .00 |
| | CLINIC MEDICAL SVCS CO LLC | ####7878 | Unsecured | .00 | .00 |
| | CLINIC MEDICAL SERVICES LLC | 6752 | Unsecured | .00 | .00 |
| | CORNWELL TOOLS | | Unsecured | .00 | .00 |
| | UH CASE MEDICAL | 0404 | Unsecured | .00 | .00 |
| | UHHS RICHMOND HEIGHTS HOSPITAL | 7618 | Unsecured | .00 | .00 |
| | UHMP EUCLID INTERNAL MEDICINE | 1926 | Unsecured | .00 | .00 |
| | UNITED COLLECTION BUREAU INC | | Unsecured | .00 | .00 |
| | UNIVERSITY HOSPITAL LAB SERV FOUND | 3695 | Unsecured | .00 | .00 |
| | UNIVERSITY HOSPITALS MEDICAL GROUP | | Unsecured | .00 | .00 |
| | RICHARD J KAPLOW ESQ | | Unsecured | .00 | .00 |
| | UH MEDICAL PRACTICES | | Unsecured | .00 | .00 |
| | UNIVERSITY HOSP OF CLEVELAND | | Unsecured | .00 | .00 |
| | UNIVERSITY HOSPITAL MEDICAL CENTER | | Unsecured | .00 | .00 |
| | RICHARD L KAPLOW | | Unsecured | .00 | .00 |
| | UNIVERSITY PRIMARY CARE | | Unsecured | .00 | .00 |
| | JOHN D CLUNK | ####0487 | Unsecured | .00 | .00 |
| | CITY NATIONAL BANK | 1588 | Unsecured | .00 | .00 |
| | AMERIPATH PCC INC | 4966 | Unsecured | .00 | .00 |
| | CREDIT ACCEPTANCE CORP | 2569 | Unsecured | .00 | .00 |
| | ANESTHESIA ASSOCIATES PLL | 3079 | Unsecured | .00 | .00 |
| | AT & T WIRELESS | 7486 | Unsecured | .00 | .00 |
| | BAY AREA CREDIT SERVICE | 3491 | Unsecured | .00 | .00 |



**DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD**

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | CREDIT COLLECTION SERVICES | 8013 | Unsecured | .00 | .00 |
| | AT&T MOBILITY | | Unsecured | .00 | .00 |
| | AFNI INC | | Unsecured | .00 | .00 |
| | AT&T | | Unsecured | .00 | .00 |
| | DIVISION OF WATER | | Unsecured | .00 | .00 |
| | MENTOR SURGERY CENTER | 2606 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 16,213.22 | .00 |