0011-35-EPIE35-00424434-448153

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  JOHNNY D ADKINS  
       KAREN A ADKINS  
          Debtor(s)

Case No.: 12-18377-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2012.
2) The plan was confirmed on 02/04/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 10/14/2016.
6) Number of months from filing or conversion to last payment: 47.
7) Number of months case was pending: 55.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 83,206.00.
10) Amount of unsecured claims discharged without full payment: 7,286.19.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $68,670.00 |
| Less amount refunded to debtor: | $8,000.42 |
| **NET RECEIPTS:** | $60,669.58 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,200.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,639.56 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,839.56 |
| Attorney fees paid and disclosed by debtor: | $800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADAM B HALL ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| AFNI INC | Unsecured | NA | NA | NA | .00 | .00 |
| AMERIPATH PCC INC | Unsecured | 233.00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOCIATES PLL | Unsecured | 94.00 | NA | NA | .00 | .00 |
| AT & T WIRELESS | Unsecured | 102.00 | NA | NA | .00 | .00 |
| AT&T | Unsecured | NA | NA | NA | .00 | .00 |
| AT&T MOBILITY | Unsecured | 986.00 | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| CENTRAL COLLECTION AGENCY | Priority | 500.00 | 918.14 | 918.14 | 918.14 | .00 |
| CENTRAL COLLECTION AGENCY | Unsecured | NA | 193.09 | 193.09 | 98.48 | .00 |
| CITY NATIONAL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | NA | 245.66 | 245.66 | 125.29 | .00 |
| CLEVELAND CLINIC | Unsecured | NA | NA | NA | .00 | .00 |
| CLINIC MEDICAL SVCS CO LLC | Unsecured | 42.00 | NA | NA | .00 | .00 |
| CORNWELL TOOLS | Unsecured | 70.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: JOHNNY D ADKINS  
      KAREN A ADKINS  
      Debtor(s)

Case No.: 12-18377-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CUYAHOGA COUNTY TREASURER | Secured | 1,705.00 | 1,704.24 | 1,704.24 | 1,704.24 | .00 |
| DIVISION OF WATER | Unsecured | 182.00 | NA | NA | .00 | .00 |
| DR NICE MD | Unsecured | 50.00 | NA | NA | .00 | .00 |
| EASTSIDE IMAGING CENTER | Unsecured | 145.00 | 144.52 | 144.52 | 73.71 | .00 |
| ECHOSTAR COMM CORP | Unsecured | 170.00 | NA | NA | .00 | .00 |
| EMERGENCY PROFESSIONAL SVS | Unsecured | 32.00 | NA | NA | .00 | .00 |
| EMH REGIONAL HEALTHCARE SYS | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 138.00 | NA | NA | .00 | .00 |
| INNOVATIVE HEALTH SERVICES | Unsecured | 11.00 | NA | NA | .00 | .00 |
| JOHN D CLUNK | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE HEALTH    LAKE HOSP SYS | Unsecured | 43.00 | NA | NA | .00 | .00 |
| LAKE ORTHOPAEDIC ASSOCIATION INC | Unsecured | 155.00 | NA | NA | .00 | .00 |
| LLNV FUNDING LLC | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 482.00 | 307.05 | 307.05 | 156.60 | .00 |
| MENTOR SURGERY CENTER | Unsecured | 280.00 | NA | NA | .00 | .00 |
| MERIDIA HOSPITALS | Unsecured | 1,225.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICES | Secured | 84,218.00 | 40,655.00 | 36,330.00 | 36,330.00 | .00 |
| OCWEN LOAN SERVICES | Secured | 19,000.00 | 19,030.00 | 14,700.00 | 14,700.00 | .00 |
| PROMPT RECOVERY SERVICES INC | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,689.00 | 429.74 | 429.74 | 219.17 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 642.00 | 101.65 | 101.65 | 51.84 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 340.00 | 135.20 | 135.20 | 68.95 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 54.62 | 54.62 | 27.86 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 111.00 | 111.00 | 56.61 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 24.64 | 24.64 | 12.57 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 44.88 | 44.88 | 22.89 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 37.36 | 37.36 | 19.05 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 449.19 | 449.19 | 229.09 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 791.50 | 791.50 | 403.67 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 125.26 | 125.26 | 63.88 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 171.51 | 171.51 | 87.47 | .00 |
| RICHARD J KAPLOW ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| RICHARD L KAPLOW | Unsecured | NA | NA | NA | .00 | .00 |
| RICHARD L KAPLOW | Unsecured | NA | NA | NA | .00 | .00 |
| RJM ACQUISITIONS LLC | Unsecured | 353.00 | 352.96 | 352.96 | 180.01 | .00 |
| SEVERANCE RADIOLOGY SERVICES IN | Unsecured | 81.00 | NA | NA | .00 | .00 |
| TRANS WORLD SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |

0011-35-EPIE35-00424434-448153

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: JOHNNY D ADKINS  
      KAREN A ADKINS  
      Debtor(s)

Case No.: 12-18377-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRANSWORLD SYSTEMS INC | Unsecured | 166.00 | NA | NA | .00 | .00 |
| UH CASE MEDICAL | Unsecured | 134.00 | NA | NA | .00 | .00 |
| UH MEDICAL PRACTICES | Unsecured | NA | NA | NA | .00 | .00 |
| UHHS RICHMOND HEIGHTS HOSPITAL | Unsecured | 336.00 | NA | NA | .00 | .00 |
| UHMP EUCLID INTERNAL MEDICINE | Unsecured | 34.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 134.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSP OF CLEVELAND | Unsecured | 134.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITAL LAB SERVICES | Unsecured | 10.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITAL MEDICAL CENTI | Unsecured | 288.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITALS MEDICAL GRC | Unsecured | 15.00 | NA | NA | .00 | .00 |
| UNIVERSITY PRIMARY CARE | Unsecured | 49.00 | NA | NA | .00 | .00 |
| US BANK NA | Unsecured | NA | 550.00 | 550.00 | 280.50 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 36,330.00 | 36,330.00 | .00 |
| Mortgage Arrearage: | 14,700.00 | 14,700.00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 1,704.24 | 1,704.24 | .00 |
| **TOTAL SECURED:** | 52,734.24 | 52,734.24 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 918.14 | 918.14 | .00 |
| **TOTAL PRIORITY:** | 918.14 | 918.14 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 4,269.83 | 2,177.64 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,839.56 |
| Disbursements to Creditors: | $55,830.02 |
| **TOTAL DISBURSEMENTS:** | $60,669.58 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: __06/30/2017__      By: __/s/Craig Shopneck__  
                                                                Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.